AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vance, Sarah S | United States District Court | 6/23/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras Street <br> Room C-255 <br> New Orleans, Louisiana 70130 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member (1) | New Orleans Chapter Federal Bar Association |
| 2. Board Member (2) | Tulane Law Institute National Advisory Board |
| 3. Adjunct Faculty (3) | Tulane Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 JUN 30 A 10: 54
DISCLOSURE FINANCIAL OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practising Law Institute | March 25-26, 2007 | New York, New York | Speaker | Travel, lodging, meals |
| 2 | Tulane Law School | July 8-28, 2007 | Rhodes, Greece | Teaching | Travel, lodging, meals |
| 3 | Tulane Law School ▉ | July 8-20, 2007 | Rhodes, Greece | Travel with Spouse | ▉ Lodging, meals |
| 4. | Howard University Law School | October 25-26, 2007 | Washington, D.C. | Speaker | Travel, lodging, meals |
| 5. | The Aspen Institute | November 8-11, 2007 | Queenstown, Maryland | Seminar Attendee | Travel, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/23/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank F/N/A Bank One | Revolving Credit | J |
| 2. | Citibank | Revolving Credit | J |
| 3. | American Express | Revolving Credit | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1, Merrill Lynch New Orleans: | | | | | | | | | |
| 2. -a. Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 3. -b. Lord Abbett Global FD EQ SER B | A | Dividend | | | Sale | 6/26 | J | A | n/a |
| 4. -c. Putnam International Equity FD CL B | A | Dividend | | | Sale | 7/16 | J | A | n/a |
| 5. -d. Putnam International Equity FD A | A | Dividend | J | T | Buy | 7/16 | J | | |
| 6. -e. Davis NY Ventures FD B | A | Dividend | | | Sale | 8/1 | J | A | n/a |
| 7. -f. Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 8. -g. Lord Abbett Global FD EQ SRA | A | Dividend | J | T | Buy | 6/26 | J | | |
| 9. -h. Davis NY Venture FD A | A | Dividend | J | T | Buy | 8/1 | J | | |
| 10. | | | | | | | | | |
| 11. IRRA #2, Rollover Merrill Lynch: | | | | | | | | | |
| 12. -a. Merrill Lynch USA Rasp | A | Dividend | J | T | | | | | |
| 13. -b. Putnam International Equity FD CL B | A | Dividend | L | T | Partial Sale | 7/16 | K | A | n/a |
| 14. -c. Blackrock Fundamental Growth FD INC B | A | Dividend | K | T | | | | | |
| 15. -d. Putnam International Equity FD CL A | A | Dividend | K | T | Buy | 7/16 | K | | |
| 16. -e. Oppenheimer Global Opp FD SBI | A | Dividend | L | T | | | | | |
| 17. -f. Munder Small Cap Value CL B | A | Dividend | L | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)     S =Assessment          T =Cash Market
   (See Column C2)              U =Book Value             V =Other                       W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -g. Columbia Marsico Foused Equities FD B | A | Dividend | K | T | | | | | |
| 19. -h. ING International Small Cap Multimanager Fund CL B | A | Dividend | K | T | | | | | |
| 20. -i. Davis NY Venture FD B | A | Dividend | K | T | Partial Sale | 6/1 | K | A | n/a |
| 21. | | | | | Partial Sale | 8/1 | K | A | n/a |
| 22. -j. Mass Investors Growth Stock Fund Class B | A | Dividend | J | T | | | | | |
| 23. -k. Blackrock Value Opport Fund Inc B | A | Dividend | K | T | | | | | |
| 24. -l. Davis NY Venture FD A | A | Dividend | K | T | Buy | 6/1 | K | | n/a |
| 25. | | | | | Buy | 8/1 | K | | n/a |
| 26. | | | | | | | | | |
| 27. IRA #3, Merrill Lynch New Orleans: | | | | | | | | | |
| 28. -a. Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 29. -b. ML Bank USA Rasp | A | Dividend | J | T | Buy | Vari. | J | | |
| 30. -c. Lord Abbett Developing Growth FD CL B | A | Dividend | | T | Sale | 6/26 | J | A | n/a |
| 31. -d. Lord Abbett Developing Growth FD CL A | A | Dividend | J | T | Buy | 6/26 | J | | n/a |
| 32. -e. Davis NY Venture FD B | A | Dividend | | T | Sale | 8/1 | J | A | n/a |
| 33. -f. Davis NY Venture FD A | A | Dividend | J | T | Buy | 6/1 | J | | |
| 34. | | | | | Buy | 8/1 | J | | n/a |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/23/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -g. Putnam International Equity FD CL B | A | Dividend | | T | Sale | 7/16 | J | A | n/a |
| 36. -h. Putnam International Equity FD CL A | A | Dividend | J | T | Buy | 7/16 | J | | n/a |
| 37. -i. Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. Profit Sharing Retirement Plan - Fidelity Invest. Account | | | | | | | | | |
| 40. -a. Low Price Stock Fund | E | Dividend | M | T | Buy | 8/2 | L | | n/a |
| 41. | | | | | Partial Sale | 12/27 | K | A | n/a |
| 42. -b. Ret Gov't (Money Market Fund) | A | Dividend | J | T | Partial Sale | 8/2 | K | A | n/a |
| 43. -c. Spartan U.S. Equity Index | C | Dividend | | T | Partial Sale | 8/2 | O | A | n/a |
| 44. | | | | | Sale | 12/27 | J | A | n/a |
| 45. -d. Oakmark Int Fund | F | Dividend | M | T | Buy | 8/2 | M | | n/a |
| 46. | | | | | Partial Sale | 12/27 | M | A | n/a |
| 47. -e. Clipper Fund | A | Dividend | | T | Sale | 8/2 | J | A | n/a |
| 48. -f. JPM Midcap Value IS | A | Dividend | | T | Sale | 8/2 | M | A | n/a |
| 49. -g. Baron Growth | D | Dividend | M | T | Buy | 8/2 | L | | n/a |
| 50. | | | | | Partial Sale | 12/27 | M | A | n/a |
| 51. -h. Villere Balanced | A | Dividend | | T | Partial Sale | 8/2 | M | A | n/a |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/23/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Partial Sale | 12/27 | J | A | n/a |
| 53.   -i. Fidelity Growth Company | C | Dividend | N | T | Buy | 8/2 | N | | n/a |
| 54. | | | | | Partial Sale | 12/27 | M | A | n/a |
| 55.   -j. Davis NY Venture A | C | Dividend | N | T | Buy | 8/2 | N | | n/a |
| 56. | | | | | Partial Sale | 12/27 | M | A | n/a |
| 57. | | | | | | | | | |
| 58.   Cash Management Account, Merrill Lynch: | | | | | | | | | |
| 59.   -a. Cash / CMA Money Fund | A | Dividend | J | T | | | | | |
| 60.   -b. Capital One Financial Common | A | Dividend | K | T | | | | | |
| 61.   -c. Eaton Vance Tax Div Inc. | A | Dividend | K | T | Buy | 3/5 | J | | n/a |
| 62. | | | | | | | | | |
| 63.   ▬▬ Trust, Merrill Lynch: | | | | | | | | | |
| 64.   -a. Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| 65.   -b. Lord Abbett Developing Growth FD CL B | A | Dividend | | T | Partial Sale | 6/26 | J | A | n/a |
| 66. | | | | | Partial Sale | 8/20 | J | A | n/a |
| 67.   -c. Putnam International Equity FD CL B | A | Dividend | J | T | Partial Sale | 7/16 | J | A | n/a |
| 68.   -d. Davis NY Venture FD B | A | Dividend | | T | Partial Sale | 3/8 | J | A | n/a |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/23/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Partial Sale | 8/1 | J | A | n/a |
| 70. -e. Columbia Marsico Focused Equities FD B | A | Dividend | J | T | Partial Sale | 3/8 | J | A | n/a |
| 71. -f. Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | Buy | 6/26 | J | | n/a |
| 72. -g. Putnam International Equity Fund CL A | A | Dividend | J | T | Buy | 7/16 | J | | n/a |
| 73. -h. Davis NY Venture FD A | A | Dividend | J | T | Buy | 8/1 | J | | n/a |
| 74. | | | | | | | | | |
| 75. IRRA #4, Rollover Merrill Lynch: | | | | | | | | | |
| 76. -a. Cash | A | Dividend | O | T | Buy | 12/28 | O | | n/a |
| 77. | | | | | | | | | |
| 78. Life Insurance - Mass Mutual Account | | | | | | | | | |
| 79. -a. MML Equity Index | A | Dividend | J | T | | | | | |
| 80. -b. Oppenheimer Aggressive Growth | A | Dividend | J | T | | | | | |
| 81. -c. Oppenheimer Capital Appreciation | A | Dividend | J | T | | | | | |
| 82. -d. Oppenheimer Global Securities | B | Dividend | J | T | | | | | |
| 83. -e. Oppenheimer Growth & Income | A | Dividend | J | T | | | | | |
| 84. -f. Panorama Growth Division | A | Dividend | J | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Checking and Money Market Accounts, J.P. Morgan | B | Interest | K | T | | | | | |
| 87. | | | | | | | | | |
| 88. J.P. Morgan Securities Corporation, F/K/A Bank One | | | | | | | | | |
| 89. -a. Daily Tax Exempt Money FD SH Ben Int | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5.000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000.000 | P1 =$1,000.001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/23/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions

(1) Since 2003
(2) Since 2004
(3) Also 1998-2004

Part VII. Investments and Trusts

Abbreviations:

Vari. = Various

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/23/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544